LINDA M. BURROW, Bar No. 194668
 *burrow@caldwell-leslie.com*
ALISON MACKENZIE, Bar No. 242280
 *mackenzie@caldwell-leslie.com*
CALDWELL LESLIE AND PROCTOR PC
725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524
Telephone: 213-629-9040 / Fax: 213-629-9022

DAVID G. WILLE (*pro hac vice* pending)
 *david.wille@bakerbotts.com*
JEFFERY D. BAXTER (*pro hac vice* pending)
 *jeff.baxter@bakerbotts.com*
BRIAN D. JOHNSTON (*pro hac vice* pending)
 *brian.johnston@bakerbotts.com*
JAMES C. WILLIAMS (*pro hac vice* pending)
 *james.williams@bakerbotts.com*
CHARLES YEH (*pro hac vice* pending)
 *charles.yeh@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214.953.6500 / Fax: 214.953.6503

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and NITRONEX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>**INFINEON TECHNOLOGIES AMERICAS CORP.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO DISMISS AND DOCUMENTS IN SUPPORT THEREOF** |

1    Pursuant to Local Rule 79-5.2.2, Infineon Technologies Americas Corp.
2  ("Infineon Americas") applies to file under seal portions of its Motion to Dismiss
3  the Complaint of Plaintiffs MACOM Technology Solutions Holdings, Inc.
4  ("MACOM") and Nitronex, LLC ("Nitronex") and declarations thereto.  This
5  Application is accompanied by the following documents:
6       • a Declaration of Charles Yeh in support of this Application, dated July 5,
7  2016 ("Yeh Decl.");
8       • a redacted version of the Motion to Dismiss;
9       • a redacted version of the Declaration of Infineon Technologies Americas
10  Corp.;
11      • a redacted version of the Declaration of Infineon Technologies AG;
12      • an unredacted version of the Motion to Dismiss, highlighting the portions of
13  the motion that have been omitted from the redacted version;
14      • an unredacted version of the Declaration of Infineon Technologies
15  Americas Corp., highlighting the portions of the motion that have been omitted
16  from the redacted version;
17      • an unredacted version of the Declaration of Infineon Technologies AG,
18  highlighting the portions of the motion that have been omitted from the redacted
19  version; and
20      • a Proposed Order, narrowly tailored to seal only the sealable material, and
21  listing in table form each document or portion thereof to be filed under seal.
22      Infineon Americas requests that portions of the Motion to Dismiss and
23  Declarations be filed under seal because they refer to and contain quotations and
24  information from documents that are subject to confidentiality obligations,
25  references confidential discussions between Infineon Americas, MACOM, and/or
26  Nitronex regarding these confidential documents and that have been treated as
27  confidential.  (*See* Yeh Decl. at ¶ 3.)
28

- 1 -
APPLICATION FOR LEAVE TO FILE UNDER SEAL

<u>Relief Requested</u>

For the reasons explained above, Infineon Americas respectfully requests that the Court grant this Application for Leave to File Under Seal Portions of its Motion to Dismiss and Documents in Support Thereof. A Proposed Order granting the requested relief is submitted herewith.

Dated: July 5, 2016

Submitted by:

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW
ALISON MACKENZIE

*/s/ Linda M. Burrow*
LINDA M. BURROW
Attorneys for Defendant