LINDA M. BURROW, Bar No. 194668
 *burrow@caldwell-leslie.com*
ALISON MACKENZIE, Bar No. 242280
 *mackenzie@caldwell-leslie.com*
CALDWELL LESLIE AND PROCTOR PC
725 South Figueroa Street 31st Floor
Los Angeles, CA  90017-5524
Telephone:  213-629-9040 / Fax:  213-629-9022

DAVID G. WILLE (admitted *pro hac vice*)
 *david.wille@bakerbotts.com*
JEFFERY D. BAXTER (admitted *pro hac vice*)
 *jeff.baxter@bakerbotts.com*
BRIAN D. JOHNSTON (admitted *pro hac vice*)
 *brian.johnston@bakerbotts.com*
JAMES C. WILLIAMS (admitted *pro hac vice*)
 *james.williams@bakerbotts.com*
CHARLES YEH (admitted *pro hac vice*)
 *charles.yeh@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone:  214.953.6500 / Fax:  214.953.6503

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. and NITRONEX, LLC,<br><br>                Plaintiffs,<br><br>        v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>                Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>**NOTICE OF WITHDRAWAL OF INFINEON TECHNOLOGIES AG AND INFINEON AMERICAS CORP.'S MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT** |

NOTICE OF WITHDRAWAL OF MOTIONS TO DISMISS COMPLAINT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Infineon Technologies AG and Infineon Americas Corp. (collectively, "Defendants"), will and hereby do withdraw their respective Motions to Dismiss the Complaint of Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC (collectively "MACOM"), *see* Dkt. Nos. 56 & 57, which are currently scheduled to be heard by this Court on Monday, August 8, 2016, at 10:00 a.m.

Defendants withdraw their Motions to Dismiss in light of the fact that Plaintiffs filed a First Amended Complaint on July 19, 2016, *see* Dkt. No. 62-2, which renders Defendants' Motions to Dismiss the Complaint moot. Defendants reserve their rights to respond to the First Amended Complaint by filing additional motions to dismiss.

Dated:  July 25, 2016

Submitted by:

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW
ALISON MACKENZIE

*/s/ Linda M. Burrow*
LINDA M. BURROW
Attorneys for Defendants