LINDA M. BURROW, Bar No. 194668
 *burrow@caldwell-leslie.com*
ALISON MACKENZIE, Bar No. 242280
 *mackenzie@caldwell-leslie.com*
CALDWELL LESLIE AND PROCTOR PC
725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524
Telephone: 213-629-9040 / Fax: 213-629-9022

DAVID G. WILLE (admitted *pro hac vice*)
 *david.wille@bakerbotts.com*
JEFFERY D. BAXTER (admitted *pro hac vice*)
 *jeff.baxter@bakerbotts.com*
BRIAN D. JOHNSTON (admitted *pro hac vice*)
 *brian.johnston@bakerbotts.com*
JAMES C. WILLIAMS (admitted *pro hac vice*)
 *james.williams@bakerbotts.com*
CHARLES YEH (admitted *pro hac vice*)
 *charles.yeh@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214.953.6500 / Fax: 214.953.6503

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>[PROPOSED] ORDER GRANTING INFINEON TECHNOLOGIES AMERICAS CORP.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL<br><br>**Application for Leave to File Under Seal and Declaration thereto filed concurrently herewith**<br><br>**Hon. Christina A. Snyder**<br><br>**Date: October 17, 2016**<br>**Time: 10:00 a.m.**<br>**Ctrm.: 5** |

[PROPOSED] ORDER GRANTING INFINEON AMERICAS' APPLICATION FOR LEAVE

The Court having considered Infineon Technologies Americas Corp.'s Application to File Under Seal ("Application"), and compelling reasons that overcome the presumption of public access having been shown, the Court hereby GRANTS Infineon Americas' Application and ORDERS defendants to file the following UNDER SEAL; forthwith:

| Document | Portions to be Sealed |
|---|---|
| Notice of Motion and Infineon Technologies AG's Motion to Dismiss Plaintiffs' Amended Complaint | **Notice**<br>p. 2, ll. 11–16, 22–27<br>p.3, ll. 2–7<br>**Motion**<br>Table of Contents: p. i, ll. 5–6, 14–23, 25–28<br>Table of Contents: p. ii, ll. 1–2<br>p. 1, ll. 14–23, 25<br>p. 2, ll. 1–11, 13–15, 17–18, 20–21, 23–28<br>p. 3, ll. 1–9, 13–28<br>p.4, ll. 1–7<br>p.6, ll. 4–14, 17–28<br>p. 7, ll. 1–24<br>p.8, ll. 1–28<br>p.9, ll. 1–8, 15–16, 22–28<br>p. 10, ll. 9–28<br>p. 11, ll. 1–5, 7–11, 19–26, 28<br>p. 12, ll. 1–9, 23–26<br>p. 13, ll, 4–8, 14–28<br>p. 14, ll. 1–4, 6–8, 11–26, 28<br>p. 15, ll. 3–10, 12–13, 16–22<br>p. 16, ll. 23–28<br>p. 17, ll. 1–7, 11–19, 26–28<br>p. 19, ll. 1–10, 12–19 |

DATED: August 18, 2016

*/s/ Christina A. Snyder*
United States District Judge
Honorable Christina A. Snyder

- 1 -
[PROPOSED] ORDER GRANTING INFINEON AMERICAS' APPLICATION FOR LEAVE

Submitted by:

BAKER BOTTS L.L.P.
DAVID G. WILLE
JEFFERY D. BAXTER
BRIAN D. JOHNSTON
JAMES C. WILLIAMS
CHARLES YEH

*/s/ Jeffery D. Baxter*
 Jeffery D. Baxter
Attorneys for Defendants

[PROPOSED] ORDER GRANTING INFINEON AMERICAS' APPLICATION FOR LEAVE