1   LINDA M. BURROW, Bar No. 194668
2     *burrow@caldwell-leslie.com*
    ALISON MACKENZIE, Bar No. 242280
3     *mackenzie@caldwell-leslie.com*
    CALDWELL LESLIE AND PROCTOR PC
4   725 South Figueroa Street 31st Floor
5   Los Angeles, CA  90017-5524
    Telephone:  213-629-9040 / Fax:  213-629-9022
6
    DAVID G. WILLE (admitted *pro hac vice*)
7     *david.wille@bakerbotts.com*
8   JEFFERY D. BAXTER (admitted *pro hac vice*)
      *jeff.baxter@bakerbotts.com*
9   BRIAN D. JOHNSTON (admitted *pro hac vice*)
      *brian.johnston@bakerbotts.com*
10  JAMES C. WILLIAMS (admitted *pro hac vice*)
11    *james.williams@bakerbotts.com*
    CHARLES YEH (admitted *pro hac vice*)
12    *charles.yeh@bakerbotts.com*
13  BAKER BOTTS L.L.P.
    2001 Ross Avenue, Suite 600
14  Dallas, TX 75201
    Telephone:  214.953.6500 / Fax:  214.953.6503
15
16  Attorneys for Defendants

17            **UNITED STATES DISTRICT COURT**

18   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 19  MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*, | Case No. CV 16-02859 CAS (PLAx) |
| 20                   Plaintiffs, | **[PROPOSED] ORDER GRANTING INFINEON TECHNOLOGIES AG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| 21        v. | |
| 22  INFINEON TECHNOLOGIES AG, *et al.*, | **Application for Leave to File Under Seal and Declaration thereto filed concurrently herewith** |
| 23 | |
| 24                   Defendants. | **Hon. Christina A. Snyder** |
| 25 | **Date:     October 17, 2016** |
| 26 | **Time:    10:00 a.m.**<br>**Ctrm.:   5** |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING INFINEON AG'S APPLICATION FOR LEAVE

1      The Court having considered Infineon Technologies AG's Application to

2  File Under Seal ("Application"), and compelling reasons that overcome the

3  presumption of public access having been shown, the Court hereby GRANTS

4  Defendant's Application and ORDERS defendant to file the following UNDER

5  SEAL; forthwith:

6

| Document | Portions to be Sealed |
|---|---|
| Notice of Motion and Infineon Technologies AG's Motion to Dismiss Plaintiffs' Amended Complaint | NOTICE<br>p. 2, ll. 24-26.<br>p. 3, ll. 7-10.<br><br>MOTION<br>p. 1, ll. 12-13, 16-17.<br>p. 2, ll. 4-5, 7-8.<br>p. 3, ll. 13-20, 22, 25.<br>p. 5, ll. 1.<br>p. 7, ll. 27.<br>p. 9, ll. 26-27.<br>p. 10, ll. 1-6.<br>p. 11, ll. 2-6, 15, 21-27.<br>p. 12, ll. 1, 9.<br>p. 13, ll. 6-7.<br>p. 14, ll. 18-19, 26-28.<br>p. 15, ll. 1-4, 6, 8-12, 14-17, 22-28.<br>p. 16, ll. 9-10, 25-27.<br>p. 17, ll. 1-2, 8.<br>p. 18, ll. 1-6,10-17, 22-25.<br>p. 19, ll. 1-7, 9-14, 18-19, 22.<br>p. 21, ll. 5-6, 11-28.<br>p. 22, ll. 1-4.<br>p. 24, ll. 5-7, 10, 13-14.<br>p. 25, ll. 14-19. |
| Declaration of Infineon Technologies Americas Corp. | p. 2, ll. 1–3, 19–21, 23–28<br>p. 3, ll. 1–10, 12, 16–18 |
| Declaration of Infineon Technologies AG. | p. 1, l. 1.<br>¶ 1<br>p. 3, l. 3.<br>¶¶ 7-9 |

- 1 -

[PROPOSED] ORDER GRANTING INFINEON AG'S APPLICATION FOR LEAVE

|  | p. 3, l. 16. |
|  | ¶¶ 10-13. |
|  | p. 5, l. 12 |
|  | p. 5, ll. 17-22. |
| Exhibit 1 to Williams Declaration | Sealed in its entirety. |
| Exhibit 2 to Williams Declaration | Sealed in its entirety. |
| Exhibit 3 to Williams Declaration | Sealed in its entirety. |
| Exhibit 4 to Williams Declaration | Sealed in its entirety. |
| Exhibit 5 to Williams Declaration | Sealed in its entirety. |
| Exhibit 6 to Williams Declaration | Sealed in its entirety. |
| Exhibit 7 to Williams Declaration | Sealed in its entirety. |
| Exhibit 8 to Williams Declaration | Sealed in its entirety. |
| Exhibit 9 to Williams Declaration | Sealed in its entirety. |
| Exhibit 10 to Williams Declaration | Sealed in its entirety. |

DATED:  August 18, 2016

_____
United States District Judge
Honorable Christina A. Snyder

Submitted by:

BAKER BOTTS L.L.P.
DAVID G. WILLE
JEFFERY D. BAXTER
BRIAN D. JOHNSTON
JAMES C. WILLIAMS
CHARLES YEH


By */s/ Jeffery D. Baxter*    _____
   Jeffery D. Baxter
   Attorneys for Defendants

[PROPOSED] ORDER GRANTING INFINEON AG'S APPLICATION FOR LEAVE