Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Jonathan M. James (*pro hac vice*)
JJames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV16-02859 CAS (PLAx)<br><br>**DECLARATION OF PREETINDER VIRK IN OPPOSITION TO INFINEON AG'S MOTION TO DISMISS** |

I, PREETINDER VIRK, hereby declare:

1. I make this declaration in connection with Infineon Technologies AG's Motion to Dismiss. I have personal knowledge of the following facts. I could testify that they are true and correct to the best of my knowledge if called upon to do so.

2. I am the Senior Vice President and General Manager of the Networks division of MACOM Technology Solutions Inc., which is the operating subsidiary of MACOM Technology Solutions Holdings, Inc.[1] I have held this position since October 2014.

3. In my position, I am responsible for all aspects of MACOM's networking division, including its GaN-on-Si RF power amplifier products for base stations.

4. My office is located in MACOM's Newport Beach facility.

5. MACOM has three design and operational centers in California, located in Newport Beach, Long Beach, Sunnyvale, and Santa Clara. MACOM also has a sales office located in Milpitas, California.

---

[1] I refer to both entities and their predecessors as "MACOM" in this declaration.

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct to the best of my knowledge.
3  Executed this 7th day of September, 2016.

_____
Preetinder Virk