O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV16-02859 CAS (PLAx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court hereby **GRANTS** MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC's Motion for Preliminary Injunction. The Court **ORDERS** that until further order of the Court, the 2010 License Agreement shall remain in full force and effect and that defendant Infineon Technologies Americas Corp.'s purported termination of that agreement on March 22, 2016 shall have no effect.

In the event that Infineon Technologies Americas ("Infineon Americas") asserts that there is a new breach of the 2010 License Agreement by plaintiffs, Infineon Americas shall advise the Court in writing of its intention to declare a breach, stating the action it intends to take and the claimed basis for that action.

Infineon Americas shall provide the Court with such notice 30 days before declaring a breach.

Consistent with existence of a valid License Agreement, Infineon Americas may not design, develop, make, have made, use, offer to sell, sell, or service products in MACOM's Exclusive Field (as defined by the under-seal 2010 License Agreement) that practice the Nitronex Patents, nor may Infineon Americas directly or indirectly market, sell, or service products in the Exclusive Field that practice the Nitronex Patents. In addition, Infineon Americas may not grant licenses or sublicenses to the Licensed Patents (identified in Schedule A to the 2010 License Agreement) to design, develop, make, have made, use, market, sell or service products in the Exclusive Field or Field of Use (as defined by the 2010 License Agreement) that practice the Nitronex Patents, including but not limited to the grant of such licenses to its corporate affiliates. Nothing in this order shall prevent Infineon Americas from designing, making, having made, using, offering to sell, selling, or servicing gallium nitride-on-silicon carbide (GaN-on-SiC) products, or from directly or indirectly marketing, selling, or servicing such products.

Infineon shall, within ten days from the date of issuance of this Preliminary Injunction, provide notice and a copy of this Preliminary Injunction to all subsidiaries, affiliates, officers, directors, employees, principals, agents, customers, and attorneys that may have any involvement whatsoever in designing, developing, making, having made, using, marketing, selling, servicing, or licensing products in the Exclusive Field or Field of Use that use the Nitronex Patents, as well as any

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  other person or entity acting in active concert or participation with Infineon
2  Americas with respect to any of the activities enjoined here.
3      IT IS SO ORDERED.
4  DATED: December 7, 2016
5                              HON. CHRISTINA A. SNYDER
                              UNITED STATES DISTRICT JUDGE