Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

**ATTORNEY FOR PLAINTIFFS**

DAVID G. WILLE (*pro hac vice*)
 david.wille@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214.953.6500 Fax: 214.953.6503

**ATTORNEY FOR DEFENDANTS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>ORDER RE: STIPULATED PROTECTIVE ORDER<br><br>Magistrate Judge: Hon. Paul L Abrams |

| | |
|---|---|
| 1 | After considering the Stipulated Protective Order filed jointly by all parties |
| 2 | herein, the Court orders as follows: The Court hereby GRANTS a protective order |
| 3 | consistent with the terms set forth in the Stipulated Protective Order, which was |
| 4 | submitted to this Court by the parties on April 7, 2017. |
| 5 | |
| 6 | DATED: April 10, 2017 |
| 7 | _____ /s/ Paul L. Abrams _____ |
| 8 | Paul L. Abrams |
| 9 | United States Magistrate Judge |