UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV16-02859 CAS (PLAx)<br><br>**SCHEDULING ORDER REGARDING CLAIM CONSTRUCTION DEADLINES** |

Upon consideration of the supplemental joint report of Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC (collectively "Plaintiffs") and Defendants Infineon Technologies AG and Infineon Technologies Americas, Inc. (collectively "Defendants") (Dkt. 428), the Court will construe the following disputed claim terms:

- MACOM's Proposed Term: "on the entire top surface of the silicon substrate"
- Infineon's Proposed Term 1: "compositionally-graded layer"
- Infineon's Proposed Term 2: "intermediate layer"
- Infineon's Proposed Term 3: "substantially matches"
- Infineon's Proposed Term 4: "a composition of said transition layer at a top surface thereof substantially matches a composition of said gallium

-1-

nitride material layer at a bottom surface thereof"
- Infineon's Proposed Term 6: "an alloy of gallium nitride selected from the group consisting of $Al_xIn_yGa_{(1-x-y)}$, $In_yGa_{(1-y)}N$, and $Al_xGa_{(1-x)}N$"
- Infineon's Proposed Term 7:[1] "said transition layer is discontinuously graded"
- Infineon's Proposed Term 9: "an amorphous silicon nitride-based material layer formed directly on the entire top surface of the silicon substrate"
- Infineon's Proposed Term 10: "a silicon nitride-based material layer formed between the silicon substrate and the III-nitride material region"
- Infineon's Proposed Term 12: "the via is formed through the substrate"

The Court does not request live expert testimony at the claim construction hearing, and the parties have agreed that they will not present such testimony. Accordingly, the Court ORDERS that the following deadlines will apply in this case:

| Event | Proposed Schedule Without Live Testimony |
|---|---|
| Exchange evidence disclosures | Fri. Feb. 16 |
| Opening claim construction brief and opening expert declarations | Fri. Mar. 2 |
| Expert depositions complete | None |

---

[1] In the parties' Supplemental Joint Report, the parties indicated that they would no longer seek construction of this term. However, the parties' technology tutorials indicated that the disputes surrounding this term may be relevant to resolving at least some of the parties' disputes in this matter. The parties should indicate their agreed proposed construction of this term in their briefing, if they have reached one, or alternatively provide their respective claim construction positions regarding this term, the same as for the other claim terms identified here as requiring construction.

| Event | Proposed Schedule Without Live Testimony |
|---|---|
| Rebuttal claim construction briefs and rebuttal expert declarations | Fri. Mar. 23 |
| Claim construction hearing | Fri. Apr. 27, 2018 at 10:00 a.m. |

DATED: February 15, 2018

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE