# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS< INC.; ET AL.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>INFINEON TECHNOLOGIES AG; ET AL,<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:16-CV-02859-CAS(PLAx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| April 4, 2018 | 463 | Application of Non-Resident Attorney to Appear in |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc.   a specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   Local counsel shall file a Notice of Lodging, attaching a hand-signed signature page (pursuant to Local Rule 5-4.3.4), on or before April 12, 2018.  Otherwise, the application will be denied.

Clerk, U.S. District Court

Dated: April 4, 2018                    By: C. Jeang   /S/
                                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

G-112B  (01/07)