Alison M. Mackenzie
Boies Schiller Flexner LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, IINC., and NITRONEX, LLC, <br> PLAINTIFF(S) <br> v. <br> INFINEON TECHNOLOGIES AG, and INFINEON TECHNOLOGIES AMERICAS CORP., <br> DEFENDANT(S). | CASE NUMBER: <br><br> CV16-02859-CAS-PLAx <br><br> NOTICE OF MANUAL FILING OR LODGING |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: **(List Documents)**

Signature page (page 3) of Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice (Doc. No. 463), hand-signed by Designated Local Counsel, Alison M. Mackenzie of Boies Schiller Flexner, LLP, pursuant to Court's April 4, 2018 Order (Doc. No. 465).

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   April 4, 2018
☐ Other:

April 9, 2018
Date

/s/ Alison M. Mackenzie
Attorney Name

Infineon Technologies AG, and Infineon Technologies Americas Corp.
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING