## SECTION III - DESIGNATION OF LOCAL COUNSEL

Mackenzie, Alison M.
*Designee's Name (Last Name, First Name & Middle Initial)*

BOIES SCHILLER FLEXNER LLP
*Firm/Agency Name*

725 South Figueroa Street 31st Floor
*Street Address*

Los Angeles, CA 90017-5524
*City, State, Zip Code*

213-629-9040
*Telephone Number*

(213) 629-9022
*Fax Number*

amackenzie@bsfllp.com
*E-mail Address*

242280
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  April 9, 2018

Alison M. Mackenzie
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)