UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-2859-CAS(PLAx) | Date | April 27, 2018 |
|---|---|---|---|
| Title | *MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC.; ET AL. v. INFINEON TECHNOLOGIES AG; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amanda Tessar | Linda Burrow |
| Daniel Keese | Jeffrey Baxter |
| Ramsey Al-Salam | Brian Johnston |
| | Lawrence Michlovich |

**Proceedings:**     CLAIM CONSTRUCTION

    Hearing held and counsel are present.  Tentative order provided.  The Court confers with counsel and counsel argue.  The Court takes the matter under submission.

|  | 01 | : | 59 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |