UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:16-cv-02859-CAS(PLAx) | Date | May 11, 2018 |
|---|---|---|---|
| Title | MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. ET AL v. INFINEON TECHNOLOGIES AG ET AL | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                                  Not Present

**Proceedings:**   (IN CHAMBERS) - ORDER REGARDING BRIEFING AND HEARING ON ESTOPPEL ISSUES

On April 27, 2018, the Court heard oral argument regarding the parties' competing claim construction positions. See Dkt. 484. The Court also allowed the parties to submit oral argument regarding whether Infineon Technologies AG and Infineon Technologies Americas Corporation should be subject to judicial and/or assignee estoppel with respect to any arguments that the Nitronex Patents are invalid.

The Court finds judicial economy will be served by a determination regarding the estoppel issues raised by the parties. Accordingly, the Court **ORDERS** the following briefing schedule:

- Any summary judgment motion regarding estoppel must be filed by MACOM by Monday, June 4, 2018;
- Infineon's opposition to a summary judgment motion regarding estoppel must be filed by Wednesday, June 20, 2018;
- MACOM's reply in support of its summary judgment motion regarding estoppel must be filed by Friday, June 29, 2018;
- A hearing on a summary judgment motion regarding estoppel is set for **Thursday, July 19, 2018 at 12:00pm**;

Any supporting declarations from expert or percipient witnesses may not exceed 20 pages per side in total. Beyond these specific requirements, all briefing must be in accordance

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:16-cv-02859-CAS(PLAx) | Date | May 11, 2018 |
|---|---|---|---|
| Title | MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC. ET AL v. INFINEON TECHNOLOGIES AG ET AL | | |

with the Central District of California's Local Rules and the Procedures of this Court. This includes the requirements of L.R. 7-3.

    IT IS SO ORDERED.

                                                                                       Initials of Preparer     00 : 00
                                                                                                                                CMJ