LINDA M. BURROW, Bar No. 194668
lburrow@bsfllp.com
ALISON M. MACKENZIE, Bar No. 242280
amackenzie@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524
Telephone: 213-629-9040
Facsimile: 213-629-9022

DAVID G. WILLE (admitted *pro hac vice*)
  david.wille@bakerbotts.com
JEFFERY D. BAXTER (admitted *pro hac vice*)
  jeff.baxter@bakerbotts.com
BRIAN D. JOHNSTON (admitted *pro hac vice*)
  brian.johnston@bakerbotts.com
JAMES C. WILLIAMS (admitted *pro hac vice*)
  james.williams@bakerbotts.com
CHARLES YEH (admitted *pro hac vice*)
  charles.yeh@bakerbotts.com
JOSUE CABALLERO (admitted *pro hac vice*)
  josue.caballero@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214.953.6500 / Fax: 214.953.6503
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, *et al.*, <br><br> Defendants. | Case No. CV 16-02859 CAS (PLAx) <br><br> **JOINT STIPULATION TO STAY INFINEON AMERICAS' FIRST COUNTERCLAIM** |

Pursuant to L.R. 7-1, Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC (collectively, "MACOM" or "Plaintiffs") and Defendants Infineon Technologies AG ("Infineon AG") and Infineon Technologies Americas Corp. ("Infineon Americas") (collectively, "Defendants"), by and through their respective counsel HEREBY STIPULATE AND AGREE as follows:

The parties agree to stay Infineon Americas' First Counterclaim (patent infringement by MACOM's GaN-on-SiC products) until after resolution of MACOM's First Claim for Relief (breach of contract by termination of the 2010 License Agreement), MACOM's Second Claim for Relief (breach of contract by marketing and preparing to sell GaN-on-Si Products within MACOM's exclusive field of the 2010 License Agreement), MACOM's Third Claim for Relief (declaratory judgment that the 2010 License Agreement is not terminated), MACOM's Fourth Claim for Relief (breach of covenant of good faith and fair dealing), MACOM's Sixth Claim for Relief (breach of contract of the 2010 IP Purchase Agreement), MACOM's Seventh Claim for Relief (declaratory judgment of no sale of Nitronex Patents by Infineon Americas), MACOM's Eighth Claim for Relief (intentional interference with contractual relations), and (if permitted to be added to the case by amendment) MACOM's Ninth Claim for Relief (violation of California unfair competition law).[1] This stay does not preclude either party from moving for judgment on the pleadings on the stayed counterclaim, but both parties reserve the right to oppose any such motion on the basis of disputed factual issues or a need for discovery. This stay also does not preclude Infineon Americas from bringing additional actions against MACOM if Infineon Americas alleges

---

[1] The remaining two claims in the case, MACOM's Fifth Claim for Relief (declaratory judgment of non-infringement by MACOM's GaN-on-Si products) and Infineon Americas' Second Counterclaim (patent infringement by MACOM's GaN-on-Si products), were stayed by stipulation on August 7, 2017, until after resolution of MACOM's Third Claim for Relief (declaratory judgment that the 2010 License Agreement is not terminated).

additional acts of infringement based on MACOM GaN-on-SiC activities that are not already encompassed within the scope of the existing counterclaim. A proposed order staying the counterclaim is attached.

Dated: May 25, 2018

AMANDA TESSAR
PERKINS COIE LLP

By: /s/*Amanda Tessar*
Amanda Tessar
Attorneys for Plaintiffs

Dated: May 25, 2018

DAVID G. WILLE
BAKER BOTTS LLP

By: /s/ *David G. Wille*
David G. Wille
Attorneys for Defendants