Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

Ramsey M. Al-Salam, Bar No. 109506
RAlSalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.6835
Facsimile: 206.359.7385

**ATTORNEYS FOR PLAINTIFFS**
(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., a Delaware corporation, and NITRONEX, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a corporation organized under the laws of Germany, and INFINEON TECHNOLOGIES AMERICAS CORP., a Delaware corporation,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>**MACOM'S CORRECTED NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Hearing Date: June 18, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D<br><br>Complaint Filed: April 26, 2016<br>Discovery Cutoff: June 29, 2018<br>Pre-Trial Conference: February 4, 2019<br>Trial Date: February 26, 2019 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 18, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Christina A. Snyder, located in the United States Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC (collectively "MACOM," unless the context dictates otherwise) will and hereby do move for this Court for leave to file MACOM's Fourth Amended Complaint.[1]

Pursuant to Fed. R. Civ. P. 16(b) and 15(a)(2), as well as L.R. 15-1, MACOM seeks leave to amend its complaint to include newly discovered facts that were disclosed by Defendants Infineon Technologies AG ("Infineon AG") and Infineon Technologies Americas Corp. ("Infineon Americas") (collectively, "Infineon") for the first time after the deadline for amendment of pleadings. As detailed in the attached memorandum in support, the information revealed by Defendants provides significant new evidence in support of MACOM's existing claims, as well as requires MACOM to seek additional relief to void Infineon's attempted wrongful actions that violate the parties' agreements. In addition, MACOM's proposed amended complaint contains additional factual developments that occurred after the deadline for amendment of pleadings.

Fed. R. Civ. P. 16(b) provides that a scheduling order may be modified for good cause. Fed. R. Civ. P. 15 (a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Here, good cause exists to amend the complaint to update it to include additional facts that were revealed by

---

[1] MACOM originally miscalculated the hearing date for this motion, setting it for June 11, 2018. Infineon files this Corrected Notice of Motion to reflect a hearing date of June 18, 2018 (the first date permitted under the Rules), at Infineon's request. No other changes have been made to this document in the corrected version.

-1-

1  Infineon only after the deadline for amendment of pleadings.  There is no prejudice
2  to Infineon from this amendment, given that Infineon has been aware of the facts
3  underlying these amendments all along (and indeed, should have disclosed this
4  information in response to discovery requests served many months before the
5  deadline for amendment of pleadings).

6      For these reasons, MACOM respectfully requests that the Court grant it leave
7  to file its Fourth Amended Complaint, attached hereto as Exhibit 1.  Specifically,
8  MACOM conferred with counsel for Infineon by email on May 14, 15, 16, and 18
9  (Ex. M to Keese Declaration In Support Of MACOM's Memorandum In Support
10 Motion to Amend), provided a copy of its proposed amended complaint to Infineon
11 on May 18 (*id.*), and conferred by phone on May 21, 2018.  Infineon indicated that
12 it was not willing to agree to the amendments without a four-month extension of the
13 case schedule, which MACOM believes is too lengthy.  MACOM therefore files
14 this motion.[2]

16 DATED: May 21, 2018  **PERKINS COIE LLP**

18 By:/s/ *Amanda Tessar*
    Lara J. Dueppen, Bar No. 259075
19     LDueppen@perkinscoie.com
    PERKINS COIE LLP
20     1888 Century Park East, Suite 1700
    Los Angeles, CA 90067-1721
21     Telephone: 310.788.9900
    Facsimile: 310.788.3399

23     Amanda Tessar (*pro hac vice*)
    ATessar@perkinscoie.com
24     Elizabeth Banzhoff (*pro hac vice*)

---

[2]  MACOM and Infineon are continuing to negotiate to determine whether some other adjustment to the schedule could be reached that would moot the need for this motion.  If so, MACOM will withdraw the motion.  Meanwhile, however, in order to preserve a hearing date in the first half of June, weeks before the fact discovery cut-off, MACOM submits this motion.

EBanzhoff@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2357
Facsimile: 303.291.2457

Ramsey M. Al-Salam, Bar No. 109506
RAlSalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.6835
Facsimile: 206.359.7385

Philip A. Morin, Bar No. 256864
PMorin@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

Daniel T. Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Morgan Chu (State Bar No. 70446)
(mchu@irell.com)
Ellisen Turner (State Bar No. 224842)
(eturner@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

**ATTORNEYS FOR PLAINTIFFS**