1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, *et al.*, <br><br> Defendants. | Case No. CV 16-02859 CAS (PLAx) <br><br> ~~PROPOSED~~ **ORDER ON JOINT STIPULATION TO STAY INFINEON AMERICAS' FIRST COUNTERCLAIM** |

Upon consideration of the stipulation of Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC (collectively, "MACOM" or "Plaintiffs") and Defendants Infineon Technologies AG ("Infineon AG") and Infineon Technologies Americas Corp. ("Infineon Americas") (collectively, "Defendants"), it is hereby ORDERED:

Infineon Americas' First Counterclaim (patent infringement by MACOM's GaN-on-SiC products) is stayed until after resolution of MACOM's First Claim for Relief (breach of contract by termination of the 2010 License Agreement), MACOM's Second Claim for Relief (breach of contract by marketing and preparing to sell GaN-on-Si Products within MACOM's exclusive field of the 2010 License

Agreement), MACOM's Third Claim for Relief (declaratory judgment that the 2010 License Agreement is not terminated), MACOM's Fourth Claim for Relief (breach of covenant of good faith and fair dealing), MACOM's Sixth Claim for Relief (breach of contract of the 2010 IP Purchase Agreement), MACOM's Seventh Claim for Relief (declaratory judgment of no sale of Nitronex Patents by Infineon Americas), MACOM's Eighth Claim for Relief (intentional interference with contractual relations), and (if permitted to be added to the case by amendment) MACOM's Ninth Claim for Relief (violation of California unfair competition law).

This stay does not preclude either party from moving for judgment on the pleadings on the stayed counterclaim, but both parties reserve the right to oppose any such motion on the basis of disputed factual issues or a need for discovery. This stay also does not preclude Infineon Americas from bringing additional actions against MACOM if Infineon Americas alleges additional acts of infringement based on MACOM GaN-on-SiC activities that are not already encompassed within the scope of the existing counterclaim.

Dated: May 29, 2018

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE