LINDA M. BURROW, Bar No. 194668
  *lburrow@bsfllp.com*
ALISON M. MACKENZIE, Bar No. 242280
  *amackenzie@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street 31st Floor
Los Angeles, CA  90017-5524
Telephone:  213-629-9040 / Fax:  213-629-9022

DAVID G. WILLE (admitted *pro hac vice*)
  *david.wille@bakerbotts.com*
JEFFERY D. BAXTER (admitted *pro hac vice*)
  *jeff.baxter@bakerbotts.com*
BRIAN D. JOHNSTON (admitted *pro hac vice*)
  *brian.johnston@bakerbotts.com*
JAMES C. WILLIAMS (admitted *pro hac vice*)
  *james.williams@bakerbotts.com*
CHARLES YEH (admitted *pro hac vice*)
  *charles.yeh@bakerbotts.com*
JOSUE CABALLERO (admitted *pro hac vice*)
  *josue.caballero@bakerbotts.com*
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Telephone:  214.953.6500 / Fax:  214.953.6503

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>**DEFENDANTS' NOTICE AND *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF AND PORTIONS OF JOINT STIPULATION REGARDING DEFENDANTS' MOTION TO COMPEL**<br><br>**[Declaration thereto and [Proposed] Order Granting Application to File Under Seal lodged concurrently herewith]**<br><br>**Hon. Paul L. Abrams** |

APPLICATION FOR LEAVE TO FILE UNDER SEAL

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | Amanda Tessar (admitted *pro hac vice*) |
|   | ATessar@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1900 Sixteenth Street, Suite 1400 |
| 4 | Denver, CO 80202-5255 |
| 5 | Telephone: 303.291.2300 |
|   | Facsimile: 303.291.2400 |
| 6 | **ATTORNEYS FOR PLAINTIFFS** |

     **PLEASE TAKE NOTICE** that Defendants Infineon Technologies AG ("Infineon AG") and Infineon Technologies Americas Corporation ("Infineon Americas") (collectively, "Defendants") hereby apply for an order permitting them to file under seal portions of the Joint Stipulation Regarding Defendants' Motion to Compel and certain exhibits in support thereof. The portions and exhibits to be filed under seal reference, discuss, or describe confidential business and sales information of Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC.

     This application is made on this Notice, the accompanying points, and supporting declaration of Jeffery D. Baxter in support of this Application, dated May 31, 2018. MACOM certifies that it has complied with Local Rules 7-3 and 7-19 in connection with this *ex parte* application. MACOM has indicated that it does not oppose Defendants' request to seal the exhibits. Baxter Decl. ¶ 3.

DATED: May 31, 2018         JEFFERY D. BAXTER
                                       BAKER BOTTS LLP

                                       By */s/ Jeffery D. Baxter*
                                          Jeffery D. Baxter
                                          Attorney for Defendants

Pursuant to Local Rule 79-5.2.2, Defendants Infineon Technologies AG ("Infineon AG") and Infineon Technologies Americas Corporation ("Infineon Americas") (collectively, "Defendants") apply to file under seal portions of the Joint Stipulation Regarding Defendants' Motion to Compel (the "Joint Stipulation") and certain exhibits in support thereof. This Application is accompanied by the following documents:

- a Declaration of Jeffery D. Baxter in support of this Application, dated May 31, 2018 ("Baxter Decl.");
- redacted and unredacted versions of the Joint Stipulation;
- an unredacted version of the Declaration of Jill Hansen;
- an unredacted version of Exhibit A to the Declaration of Elizabeth Banzhoff;
- the Declaration of Josue Caballero;
- Exhibits 1-4 to the Declaration of Josue Caballero;
- Declaration of Elizabeth Banzhoff;
- Exhibits B-F to the Declaration of Elizabeth Banzhoff;
- a Proposed Order, narrowly tailored to seal only the sealable material, and listing in table form each document or portion thereof to be filed under seal.

Defendants request the sealing of certain portions of the Joint Stipulation and these exhibits because they reference, discuss, or describe details of confidential business and sales information of Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC. (*See* Baxter Decl. ¶ 4.).

## Relief Requested

For the reasons explained above, Defendants respectfully request that the Court grant this Application for Leave to File Under Seal portions of the Joint Stipulation Regarding Defendants' Motion to Compel and certain exhibits in support thereof. A Proposed Order granting the requested relief is submitted herewith.

| | |
|---|---|
| Dated: May 31, 2018 | Submitted by: |
| | BAKER BOTTS L.L.P. |
| | DAVID G. WILLE |
| | JEFFERY D. BAXTER |
| | BRIAN D. JOHNSTON |
| | JAMES C. WILLIAMS |
| | CHARLES YEH |
| | JOSUE CABALLERO |
| | |
| | */s/ Jeffery D. Baxter* |
| | Jeffery D. Baxter |
| | Attorneys for Defendants |