Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Amanda Tessar (admitted *pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

Ramsey M. Al-Salam, Bar No. 109506
RAlSalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.6835
Facsimile: 206.359.7385

**ATTORNEYS FOR PLAINTIFFS**
(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., a Delaware corporation, and NITRONEX, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a corporation organized under the laws of Germany, and INFINEON TECHNOLOGIES AMERICAS CORP., a Delaware corporation,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>**MACOM'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON ESTOPPEL**<br><br>Hearing Date: July 19, 2018<br>Hearing Time: 12:00 p.m.<br>Courtroom: 8D<br><br>Complaint Filed: April 26, 2016<br>Discovery Cutoff: June 29, 2018<br>Pre-Trial Conference: March 4, 2019<br>Trial Date: March 26, 2019 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 19, 2018, at 12:00 p.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Christina A. Snyder, located in the United States Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Plaintiffs MACOM Technology Solutions Holdings, Inc. and Nitronex, LLC (collectively "MACOM") will and hereby do move for this Court for summary judgment that Defendants (collectively "Infineon") are barred by the doctrines of assignee estoppel and judicial estoppel from contending that the patents-at-issue are invalid.

Pursuant to Fed. R. Civ. P. 56, as well as L.R. 56, MACOM asserts that summary judgment is appropriate because the material facts are undisputed and the legal principles are clear. In satisfaction of L.R. 7-3, the parties have repeatedly conferred over the substance of this summary judgment motion in connection with briefing MACOM's Motion to Strike Infineon's Fifth Affirmative Defense of invalidity (ECF No. 331), the parties Joint Report regarding claim construction (ECF No. 418), and as part of the arguments before the Court at the Markman hearing on April 27, 2018. Additionally, the Court ordered MACOM to use the mechanism of a motion for summary judgment and determined the briefing schedule for this motion. ECF No. 496. This motion is supported by this Notice of Motion, the Memorandum in Support, the Statement of Uncontroverted Facts and Conclusion of Law, the Declaration of Ramsey M. Al-Salam filed herewith, the pleadings and papers on file, and such other and further argument and evidence presented prior to or at the hearing on the Motion.

DATED: June 4, 2018

**PERKINS COIE LLP**

By:/s/ *Amanda Tessar*
Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com

-1-

PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
Elizabeth Banzhoff (*pro hac vice*)
EBanzhoff@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2357
Facsimile: 303.291.2457

Ramsey M. Al-Salam, Bar No. 109506
RAlSalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.6835
Facsimile: 206.359.7385

Daniel T. Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Morgan Chu (State Bar No. 70446)
(mchu@irell.com)
Ellisen Turner (State Bar No. 224842)
(eturner@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

**ATTORNEYS FOR PLAINTIFFS**