1  LINDA M. BURROW, Bar No. 194668
     *lburrow@bsfllp.com*
2  ALISON MACKENZIE, Bar No. 242280
3    *amackenzie@bsfllp.com*
   BOIES SCHILLER FLEXNER LLP
4  725 South Figueroa Street 31st Floor
5  Los Angeles, CA  90017-5524
   Telephone:  213-629-9040 / Fax:  213-629-9022
6

7
   DAVID G. WILLE (admitted *pro hac vice*)
8    *david.wille@bakerbotts.com*
   JEFFERY D. BAXTER (admitted *pro hac vice*)
9    *jeff.baxter@bakerbotts.com*
10 BRIAN D. JOHNSTON (admitted *pro hac vice*)
     *brian.johnston@bakerbotts.com*
11 JAMES C. WILLIAMS (admitted *pro hac vice*)
12   *james.williams@bakerbotts.com*
   CHARLES YEH (admitted *pro hac vice*)
13   *charles.yeh@bakerbotts.com*
14 BAKER BOTTS L.L.P.
   2001 Ross Avenue, Suite 900
15 Dallas, TX 75201
16 Telephone:  214.953.6500 / Fax:  214.953.6503
   Attorneys for Defendants
17

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS INC. and NITRONEX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV 16-02859 CAS (PLAx)<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' SECOND MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS**<br><br>Mag. Judge: Hon. Paul L. Abrams<br>Hearing Date: June 27, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: C, 8th Floor<br><br>Discovery Cutoff: June 29, 2018<br>Pretrial Conference: March 4, 2019<br>Trial Date: March 26, 2019 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 27, 2018, at 10:00 A.M., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Paul L. Abrams, located in the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Courtroom 780, 7th Floor, Los Angeles, CA 90012, Defendants Infineon Technologies AG ("Infineon AG") and Infineon Technologies Americas Corporation ("Infineon Americas") (collectively, "Defendants") will and hereby do move this Court to compel Plaintiff MACOM Technology Solutions Holdings ("MACOM" or "Plaintiff," and collectively with Nitronex, LLC, "Plaintiffs") to respond to Defendants' discovery requests.

The parties discussed, by telephone, the grounds of Defendants' motion on January 25, 2018, March 26, 2018, April 9, 2018, May 14, 2018, May 15, 2018, and May 18, 2018. The parties could not reach a resolution and therefore file the following Joint Stipulation pursuant to Civil Local Rule 37-2.

Dated: June 5, 2018   **JEFFERY D. BAXTER**
　　　　　　　　　　　**BAKER BOTTS LLP**


By: /s/ *Jeffery D. Baxter*
　　Jeffery D. Baxter (admitted *pro hac vice*)
　　*jeff.baxter@bakerbotts.com*

**ATTORNEY FOR DEFENDANTS**