UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV16-02859 CAS (PLAx)<br><br>**JOINT REPORT REGARDING CASE SCHEDULE PURSUANT TO DKT. 510** |

Pursuant to the Court's Civil Minutes dated the May 29, 2018 (Dkt. 510), the parties have conferred regarding the case schedule. While the parties have reached agreement on the proposed dates, the parties jointly request the Court's assistance in addressing one issue relating to the trial date, before then entering the attached Proposed Scheduling Order.

The Court's Civil Minutes adjusted the trial date in this case back by four weeks, with trial now beginning March 26, 2019. The parties appreciate the Court's willingness to adjust the trial date. The new date does not work for either side, however. Defendants' lead trial counsel, David Wille has another trial the week before, which may bleed over into the week of March 26th and which will inhibit his ability to prepare for trial in this case. One of MACOM's lead trial counsel, Amanda Tessar, has a prescheduled (and prepaid) vacation that involves

-1-

the schedules of more than ten other people that would be difficult or impossible to adjust.  The parties therefore request that the Court again adjust the trial date[1] and thus have left a blank in the Proposed Scheduling Order for the Court to fill in dates for trial and the pretrial conference.

    If the trial date is moved, the parties will meet and confer again to propose a revised schedule.  Otherwise, the parties have agreed to all other deadlines for the case schedule, as set forth in the attached Proposed Scheduling Order.

Dated:  June 8, 2018

By: /s/ *Amanda Tessar*
Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
Elizabeth Banzhoff (*pro hac vice*)
EBanzhoff@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2357
Facsimile:  303.291.2457

Ramsey M. Al-Salam, Bar No. 109506
RAlSalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.6835
Facsimile:  206.359.7385

---

[1] Morgan Chu, who will also be representing MACOM at trial, has another pretrial conference and trial beginning on May 24, 2019, with a trial to follow that will last until the late June, so MACOM requests a trial date in late April or early May.  David Wille also has a conflict from June 12-28 and from July 10-21, 2019.

|   |   |
|---|---|
| 1 | Daniel T. Keese, Bar No. 280683 |
| 2 | DKeese@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1120 N.W. Couch Street, 10th Floor<br>Portland, OR  97209-4128 |
| 4 | Telephone:  503.727.2000<br>Facsimile:  503.727.2222 |
| 5 |   |
| 6 | Morgan Chu (State Bar No. 70446)<br>(mchu@irell.com) |
| 7 | Ellisen Turner (State Bar No. 224842)<br>(eturner@irell.com) |
| 8 | IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900 |
| 9 | Los Angeles, CA 90067-4276<br>Telephone:  310-277-1010 |
| 10 | Facsimile:  310-203-7199 |
| 11 | **ATTORNEYS FOR PLAINTIFFS** |

By: */s/ David G. Wille*
David G. Wille (*pro hac vice*)
*david.wille@bakerbotts.com*
Jeffery D. Baxter (*pro hac vice*)
*jeff.baxter@bakerbotts.com*
Brian D. Johnston (*pro hac vice*)
*brian.johnston@bakerbotts.com*
James C. Williams (*pro hac vice*)
*james.williams@bakerbotts.com*
Charles Yeh (*pro hac vice*)
*charles.yeh@bakerbotts.com*
Josue Caballero (*pro hac vice*)
*josue.caballero@bakerbotts.com*

BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: 214.953.6500
Fax: 214.953.6503

**ATTORNEYS FOR DEFENDANTS**