UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. CV16-02859 CAS (PLAx)<br><br>**[PROPOSED] SCHEDULING ORDER** |

Pursuant to the Court's Civil Minutes dated the May 29, 2018 (Dkt. 510), and the parties' agreement, it is hereby ORDERED that the following deadlines shall apply to the following events in this case:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-off | June 29, 2018 | August 31, 2018 |
| Opening Expert Reports | July 27, 2018 | September 20, 2018 |
| Rebuttal Expert Reports | August 24, 2018 | October 19, 2018 |
| Expert Discovery Cut-off | September 14, 2018 | November 2, 2018 |

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Filing of dispositive motions | September 28, 2018[1] | November 16, 2018 |
| Exchange Contentions of Law and Fact, disclosing which of the party's pleaded claims and defenses the party plans to pursue, together with the party's contentions regarding the applicable facts and law. | September 28, 2018 | November 16, 2018 |
| Response to dispositive motions | October 12, 2018 | December 5, 2018 |
| Reply in support of dispositive motions | October 26, 2018 | December 19, 2018 |
| Hearing on dipositive motions | November 5, 2018 | January 7, 2018 |
| Exchange deposition designations and exhibits | November 16, 2018 | January 15, 2018 |
| Objections to deposition designations and exhibits; counter-designations | December 7, 2018 | January 29, 2018 |
| Meeting of counsel before Pretrial Conference | December 19, 2018 | January 31, 2018 |
| Submit jury instructions and proposed voir dire | January 7, 2019 | February 7, 2018 |
| Filing of Motions In Limine | January 7, 2019 | February 7, 2018 |
| File Memorandum of Contentions of Fact and Law; Exhibit & Witness Lists | January 14, 2019 | February 13, 2018 |
| Submissions regarding disputed jury instructions | January 21, 2019 | February 19, 2019 |
| Response to motions in limine | January 24, 2019[2] | February 21, 2019 |
| File pretrial conference order | January 24, 2019 | February 21, 2019 |

---

[1] If motions for summary judgment are filed earlier than this deadline, they shall be noticed for hearing at least six weeks after the filing date, with the opposition due four weeks before the hearing and the reply brief due two weeks before the hearing, unless otherwise agreed by the parties or ordered by the Court.

[2] This deadline applies if a party files a motion in limine on February 7, 2019. If a motion in limine is filed earlier, the response shall be due two weeks after the motion is filed.

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Pretrial Conference/Hearing on Motions in Limine | February 4, 2019 (11:00 a.m. PT) **Revised in Dkt. 510 to:** March 4, 2019 (11:00 a.m. PT) | _____, 2019 (11:00 a.m. PT) |
| Deadline to disclose graphic and illustrative material | February 13, 2019 | March 13, 2019 |
| Deadline to submit Trial Brief | February 18, 2019 | March 18, 2019 |
| Jury Trial | February 26, 2019 (9:30 a.m. PT) **Revised in Dkt. 510 to:** March 26, 2019 (9:30 a.m. PT) | _____, 2019 (9:30 a.m. PT) |

DATED: _____, 2018

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE