FILED
CLERK, U.S. DISTRICT COURT

JUN 1 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al* <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, *et al*, <br><br> Defendants. | Case No. CV16-02859 CAS (PLAx) <br><br> **ORDER GRANTING MACOM'S MOTION FOR LEAVE TO AMEND** |

The Court having considered Plaintiffs' Motion for Leave to Amend ("Motion," Dkt. 498) and Defendants' Notice of Withdrawal of Opposition (Dkt. 567), and for good cause shown, **GRANTS** Plaintiffs' Motion. Plaintiffs shall file their Fourth Amended Complaint within 7 days of the date of this Order.

SO ORDERED.

DATED: June 19, 2018

_Christina A. Snyder_
HON. CHRISTINA SNYDER
UNITED STATES JUDGE

-1-