UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-2859-CAS (GJSx) | Date | June 26, 2018 |
|---|---|---|---|
| Title | MACOM Technology Solutions Holdings, Inc., et al. v. Infineon Technologies AG, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Amanda J. Tessar | Jeffery D. Baxter |
| Elizabeth M. Banzhoff | Brian D. Johnston |
| Ellisen S. Turner | Linda M. Burrow |

**Proceedings:**   Telephonic Discovery Status Conference; Order

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding the status of discovery and the three outstanding discovery motions. The Court directs counsel to further meet and confer in an effort to narrow the issues in dispute. By no later than Tuesday, July 3, 2018, counsel shall: 1) submit to the Court, binders containing the memorandum of points and authorities and evidence related to each of the three discovery motions as further discussed on the call, and 2) send a joint email to the Court with a summary of the remaining outstanding issues broken down per motion.

**IT IS SO ORDERED.**

.

|  | : | 50 |
|---|---|---|
|  | Initials of Preparer | efc |