# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV16-2859-CAS(PLAx) | | Date | July 19, 2018 |
|---|---|---|---|---|
| Title | *MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC.; ET AL. v. INFINEON TECHNOLOGIES AG; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amanda Tessar | Alison Mackenzie |
| Ramsey Al-Salam | David Wille |
| | Jeffrey Baxter |
| | Lawrence Michlovich |

**Proceedings:**     MOTION FOR SUMMARY JUDGMENT ON ESTOPPEL (Filed 06/04/2018)[518]

        Hearing held and counsel are present.  The Court confers with counsel and counsel argue.  The Court takes the matter under submission.

| | 00 | : | 40 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |