| | |
|---|---|
| 1 | Amanda Tessar (*pro hac vice*) |
| 2 | ATessar@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1900 Sixteenth Street, Suite 1400<br>Denver, CO 80202-5255 |
| 4 | Telephone: 303.291.2357<br>Facsimile: 303.291.2457 |
| 5 | **ATTORNEY FOR PLAINTIFFS** |
| 6 | (Additional Counsel Listed on Signature Page) |
| 7 | David G. Wille (*pro hac vice*) |
| 8 | david.wille@bakerbotts.com<br>BAKER BOTTS L.L.P. |
| 9 | 2001 Ross Avenue, Suite 600<br>Dallas, TX 75201 |
| 10 | Telephone: 214.953.6500 Fax: 214.953.6503 |
| 11 | **ATTORNEY FOR DEFENDANTS** |
| 12 | (Additional Counsel Listed on Signature Page) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., a Delaware corporation, and NITRONEX, LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>INFINEON TECHNOLOGIES AG, a corporation organized under the laws of Germany, and INFINEON TECHNOLOGIES AMERICAS CORP., a Delaware corporation, and,<br><br>                    Defendants. | Case No. CV16-02859-CAS (GJSx)<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**<br><br><br><br>**Hon. Christina A. Snyder** |

1  Plaintiffs MACOM Technology Solutions Holdings, Inc., and Nitronex, LLC, and Defendants Infineon Technologies AG and Infineon Technologies Americas Corp. (collectively, "the parties") hereby notify the Court that the parties have reached an agreement in principle as to the settlement of this litigation. The parties respectfully request that the Court grant a stay of all deadlines in the case for 30 days to allow time for the parties to finalize and document their settlement. If the parties are unable to dismiss all claims and counterclaims within the 30 days, they will jointly report to the Court on the status of their efforts on or before September 12, 2018.

Dated: August 13, 2018

By: */s/ Amanda Tessar*
Amanda Tessar (pro hac vice)
ATessar@perkinscoie.com
Elizabeth Banzhoff (pro hac vice)
EBanzhoff @perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

Ramsey Al-Salam
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue Suite 4900
Mailstop 43-52
Seattle, WA 98101-3099
Telephone: 206.359.6385
Facsimile: 206.359.7385

Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Daniel T. Keese, Bar No. 280683

-1-

| | |
|---|---|
| 1 | DKeese@perkinscoie.com |
| | PERKINS COIE LLP |
| 2 | 1120 N.W. Couch Street, 10th Floor |
| 3 | Portland, OR 97209-4128 |
| | Telephone: 503.727.2000 |
| 4 | Facsimile: 503.727.2222 |
| 5 | Morgan Chu (State Bar No. 70446) |
| 6 | (mchu@irell.com) |
| | Ellisen Turner (State Bar No. 224842) |
| 7 | (eturner@irell.com) |
| | IRELL & MANELLA LLP |
| 8 | 1800 Avenue of the Stars, Suite 900 |
| 9 | Los Angeles, CA 90067-4276 |
| | Telephone: 310-277-1010 |
| 10 | Facsimile: 310-203-7199 |
| 11 | **ATTORNEYS FOR PLAINTIFFS** |
| | **MACOM TECHNOLOGY SOLUTIONS** |
| 12 | **HOLDINGS, INC. AND NITRONEX, LLC** |
| 13 | |
| | By: */s/ David G. Wille* |
| 14 | David G. Wille |
| | Texas State Bar No. 00785250 |
| 15 | E-mail: david.wille@bakerbotts.com |
| 16 | Jeffery D. Baxter |
| | Texas State Bar No. 24006816 |
| 17 | E-mail: jeff.baxter@bakerbotts.com |
| | Brian D. Johnston |
| 18 | Texas State Bar No. 24080965 |
| 19 | E-mail: brian.johnston@bakerbotts.com |
| 20 | James C. Williams |
| | Texas State Bar No. 24075284 |
| 21 | E-mail: james.williams@bakerbotts.com |
| 22 | Charles Yeh |
| 23 | Texas State Bar No. 24075319 |
| | E-mail: charles.yeh@bakerbotts.com |
| 24 | BAKER BOTTS L.L.P. |
| | 2001 Ross Avenue |
| 25 | Dallas, Texas 75201 |
| | Telephone: (214) 953-6791 |
| 26 | Facsimile: (214) 953-6503 |
| 27 | |
| | Lind M. Burrow, Bar No. 194668 |
| 28 | *burrow@caldwell-leslie.com* |

-2-

-3-

Alison Mackenzie, Bar No. 242280
 *mackenzie@caldwell-leslie.com*
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street 31st Floor
Los Angeles, CA  90017-5524
Telephone: 213-629-9040
Fax: 213-629-9022

**ATTORNEYS FOR INFINEON TECHNOLOGIES AMERICAS CORP. AND INFINEON TECHNOLOGIES AG**