Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2357
Facsimile: 303.291.2457

**ATTORNEY FOR PLAINTIFFS**
(Additional Counsel Listed on Signature Page)

David G. Wille (*pro hac vice*)
david.wille@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214.953.6500 Fax: 214.953.6503

**ATTORNEY FOR DEFENDANTS**
(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., a Delaware corporation, and NITRONEX, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a corporation organized under the laws of Germany, and INFINEON TECHNOLOGIES AMERICAS CORP., a Delaware corporation, and,<br><br>Defendants. | Case No. CV16-02859-CAS (GJSx)<br><br>**JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER DATED AUGUST 13, 2018**<br><br><br><br>**Hon. Christina A. Snyder** |

Pursuant to the Court's order dated August 13, 2018 (Dkt. 619), Plaintiffs MACOM Technology Solutions Holdings, Inc., and Nitronex, LLC, and Defendants Infineon Technologies AG and Infineon Technologies Americas Corp. (collectively, "the parties") provide this Joint Status Report regarding the parties' settlement efforts.

The parties are making progress on documenting their settlement, but additional time is needed. The parties have therefore reached agreement to extend the stay of all deadlines through September 24, 2018, and respectfully request that the Court grant a stay of all deadlines in the case through that date.

If the parties are unable to dismiss all claims and counterclaims on or before September 24, 2018, the parties agree that all briefing that was due to the Court on August 13, 2018 (the day the stay was entered) will be due on October 2, 2018. This includes the parties' joint report on the jury trial issue (Dkt. 615), Infineon's response to the Fourth Amended Complaint (Dkt. 602), and MACOM's brief on Infineon's claw back of documents (Dkt. 614), with responsive briefing due the same number of days as previously ordered. All outstanding discovery responses will be due on October 10, 2018. The parties will also submit a joint report on a proposed amended scheduling order by October 12, 2018, including proposed dates for hearings that were vacated in light of the stay.

Dated: September 12, 2018

By: */s/ Amanda Tessar*
Amanda Tessar (pro hac vice)
ATessar@perkinscoie.com
Elizabeth Banzhoff (pro hac vice)
EBanzhoff @perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

| | |
|---|---|
| 1 | Ramsey Al-Salam |
| 2 | RAlsalam@perkinscoie.com |
|   | PERKINS COIE LLP |
| 3 | 1201 Third Avenue Suite 4900 |
|   | Mailstop 43-52 |
| 4 | Seattle, WA 98101-3099 |
|   | Telephone: 206.359.6385 |
| 5 | Facsimile: 206.359.7385 |
| 6 | |
|   | Lara J. Dueppen, Bar No. 259075 |
| 7 | LDueppen@perkinscoie.com |
|   | PERKINS COIE LLP |
| 8 | 1888 Century Park East, Suite 1700 |
|   | Los Angeles, CA 90067-1721 |
| 9 | Telephone: 310.788.9900 |
| 10 | Facsimile: 310.788.3399 |
| 11 | Daniel T. Keese, Bar No. 280683 |
|   | DKeese@perkinscoie.com |
| 12 | PERKINS COIE LLP |
| 13 | 1120 N.W. Couch Street, 10th Floor |
|   | Portland, OR 97209-4128 |
| 14 | Telephone: 503.727.2000 |
|   | Facsimile: 503.727.2222 |
| 15 | |
| 16 | Morgan Chu (State Bar No. 70446) |
|   | (mchu@irell.com) |
| 17 | Ellisen Turner (State Bar No. 224842) |
|   | (eturner@irell.com) |
| 18 | IRELL & MANELLA LLP |
|   | 1800 Avenue of the Stars, Suite 900 |
| 19 | Los Angeles, CA 90067-4276 |
|   | Telephone: 310-277-1010 |
| 20 | Facsimile: 310-203-7199 |
| 21 | |
|   | **ATTORNEYS FOR PLAINTIFFS** |
| 22 | **MACOM TECHNOLOGY SOLUTIONS** |
|   | **HOLDINGS, INC. AND NITRONEX, LLC** |
| 23 | |
| 24 | By:*/s/Brian Johnston (with permission)* |
|   | David G. Wille |
| 25 | Texas State Bar No.  00785250 |
|   | E-mail:  david.wille@bakerbotts.com |
| 26 | Jeffery D. Baxter |
| 27 | Texas State Bar No. 24006816 |
|   | E-mail:  jeff.baxter@bakerbotts.com |
| 28 | Brian D. Johnston |

| | |
|---|---|
| 1 | Texas State Bar No. 24080965 |
| 2 | E-mail: brian.johnston@bakerbotts.com |
| 3 | James C. Williams<br>Texas State Bar No. 24075284 |
| 4 | E-mail: james.williams@bakerbotts.com |
| 5 | Charles Yeh |
| 6 | Texas State Bar No. 24075319<br>E-mail: charles.yeh@bakerbotts.com |
| 7 | BAKER BOTTS L.L.P.<br>2001 Ross Avenue |
| 8 | Dallas, Texas 75201<br>Telephone: (214) 953-6791 |
| 9 | Facsimile: (214) 953-6503 |
| 10 | |
| 11 | Jeffrey M. Hammer, Bar No. 264232 |
| 12 | jhammer@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP |
| 13 | 725 South Figueroa Street 31st Floor |
| 14 | Los Angeles, CA 90017-5524 |
| 15 | Telephone: 213-629-9040<br>Fax: 213-629-9022 |
| 16 | |
| 17 | **ATTORNEYS FOR INFINEON TECHNOLOGIES AMERICAS CORP. AND** |
| 18 | **INFINEON TECHNOLOGIES AG** |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |