# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-2859-CAS(PLAx) | Date | October 11, 2018 |
|---|---|---|---|
| Title | *MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC.; ET AL. v. INFINEON TECHNOLOGIES AG; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE<br>GAIL J. STANDISH, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amanda Tessar<br>Elizabeth Banzhoff | David Wille<br>Jeffrey Baxter |

**Proceedings:** TELEPHONE CONFERENCE RE: STATUS OF CASE

Hearing held by telephone and counsel are present. The Court confers with counsel, as stated on the record. The Court sets a Telephone Further Status Conference re: Case on **October 16, 2018**, at **2:30 P.M. (P.S.T.)**, before Judge Christina A. Snyder and Magistrate Judge Gail J. Standish. All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for PLAINTIFF is ordered to initiate the telephone conference call THROUGH THE TELEPHONE OPERATOR to include all counsel of record, and CHAMBERS at (213) 894-8551 on the date and time scheduled. If the Courts conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference. NOTE: During the telephone hearing, counsel must identify themselves before they speak for the benefit of the Court and the Court Reporter.

|  | 00 | : | 18 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |