1 | Amanda Tessar (*pro hac vice*)
ATessar@perkinscoie.com
2 | PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
3 | Denver, CO 80202-5255
Telephone: 303.291.2357
4 | Facsimile: 303.291.2457

5 | **ATTORNEY FOR PLAINTIFFS**
(Additional Counsel Listed on Signature Page)
6 |

7 | David G. Wille (*pro hac vice*)
david.wille@bakerbotts.com
8 | BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
9 | Dallas, TX 75201
Telephone: 214.953.6500 Fax: 214.953.6503
10 |

11 | **ATTORNEY FOR DEFENDANTS**
(Additional Counsel Listed on Signature Page)
12 |

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 |

16 | MACOM TECHNOLOGY
SOLUTIONS HOLDINGS, INC., a
Delaware corporation, and
17 | NITRONEX, LLC, a Delaware limited
liability company,
18 |

| Case No. CV16-02859-CAS (GJSx)

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**

Plaintiffs,
19 |

20 | v.

21 | INFINEON TECHNOLOGIES AG, a
corporation organized under the laws of
Germany, and INFINEON
22 | TECHNOLOGIES AMERICAS
CORP., a Delaware corporation, and,
23 |

**Hon. Christina A. Snyder**

Defendants.
24 |

25 |

26 |

27 |

28 |

1    Plaintiffs MACOM Technology Solutions Holdings, Inc., and Nitronex,

2  LLC, and Defendants Infineon Technologies AG and Infineon Technologies

3  Americas Corp. (collectively, "the parties") hereby notify the Court that the parties

4  have executed an agreement to settle this litigation.  The parties respectfully request

5  that the Court grant a stay of all deadlines in the case through November 5, 2018, to

6  allow time for the parties to take various actions necessary under the settlement

7  agreement before they seek dismissal of the case.

8
    Dated: October 16, 2018
9
                                              By:    /s/ Amanda Tessar
10                                            Amanda Tessar (pro hac vice)
                                              ATessar@perkinscoie.com
11                                            Elizabeth Banzhoff (pro hac vice)
                                              EBanzhoff @perkinscoie.com
12                                            PERKINS COIE LLP
13                                            1900 Sixteenth Street, Suite 1400
                                              Denver, CO 80202-5255
14                                            Telephone: 303.291.2300
                                              Facsimile: 303.291.2400
15
16                                            Ramsey Al-Salam
                                              RAlsalam@perkinscoie.com
17                                            PERKINS COIE LLP
                                              1201 Third Avenue Suite 4900
18                                            Mailstop 43-52
                                              Seattle, WA 98101-3099
19                                            Telephone: 206.359.6385
                                              Facsimile: 206.359.7385
20
21                                            Lara J. Dueppen, Bar No. 259075
                                              LDueppen@perkinscoie.com
22                                            PERKINS COIE LLP
23                                            1888 Century Park East, Suite 1700
                                              Los Angeles, CA 90067-1721
24                                            Telephone: 310.788.9900
                                              Facsimile: 310.788.3399
25
26                                            Daniel T. Keese, Bar No. 280683
                                              DKeese@perkinscoie.com
27                                            PERKINS COIE LLP
                                              1120 N.W. Couch Street, 10th Floor
28

-1-

Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Morgan Chu (State Bar No. 70446)
(mchu@irell.com)
Ellisen Turner (State Bar No. 224842)
(eturner@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

**ATTORNEYS FOR PLAINTIFFS**
**MACOM TECHNOLOGY SOLUTIONS**
**HOLDINGS, INC. AND NITRONEX, LLC**

By:*/s/ Jeffery Baxter* (with permission)
David G. Wille
Texas State Bar No.  00785250
E-mail:  david.wille@bakerbotts.com
Jeffery D. Baxter
Texas State Bar No. 24006816
E-mail:  jeff.baxter@bakerbotts.com
Brian D. Johnston
Texas State Bar No. 24080965
E-mail:
brian.johnston@bakerbotts.com
James C. Williams
Texas State Bar No. 24075284
E-mail:
james.williams@bakerbotts.com
Charles Yeh
Texas State Bar No. 24075319
E-mail:  charles.yeh@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6791
Facsimile:  (214) 953-6503

Lind M. Burrow, Bar No. 194668
 *burrow@caldwell-leslie.com*
Alison Mackenzie, Bar No. 242280
 *mackenzie@caldwell-leslie.com*
BOIES SCHILLER FLEXNER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LLP
725 South Figueroa Street 31st
Floor
Los Angeles, CA  90017-5524
Telephone: 213-629-9040
Fax: 213-629-9022

**ATTORNEYS FOR INFINEON TECHNOLOGIES AMERICAS CORP. AND INFINEON TECHNOLOGIES AG**

-3-