| | |
|---|---|
| 1 | Amanda Tessar (*pro hac vice*) |
| 2 | ATessar@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1900 Sixteenth Street, Suite 1400<br>Denver, CO 80202-5255 |
| 4 | Telephone: 303.291.2357<br>Facsimile: 303.291.2457 |
| 5 | **ATTORNEY FOR PLAINTIFFS** |
| 6 | (Additional Counsel Listed on Signature Page) |
| 7 | David G. Wille (*pro hac vice*) |
| 8 | david.wille@bakerbotts.com<br>BAKER BOTTS L.L.P. |
| 9 | 2001 Ross Avenue, Suite 600<br>Dallas, TX 75201 |
| 10 | Telephone: 214.953.6500 Fax: 214.953.6503 |
| 11 | **ATTORNEY FOR DEFENDANTS** |
| 12 | (Additional Counsel Listed on Signature Page) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., a Delaware corporation, and NITRONEX, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a corporation organized under the laws of Germany, and INFINEON TECHNOLOGIES AMERICAS CORP., a Delaware corporation, and,<br><br>Defendants. | Case No. CV16-02859-CAS (GJSx)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br><br>**Hon. Christina A. Snyder** |

-1-

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs MACOM Technology Solutions Holdings, Inc., and Nitronex, LLC, and Defendants Infineon Technologies AG and Infineon Technologies Americas Corp. hereby stipulate that all claims and counterclaims in the above-captioned litigation are hereby dismissed with prejudice.

Dated: October 31, 2018

By: */s/ Amanda Tessar*
Amanda Tessar (pro hac vice)
ATessar@perkinscoie.com
Elizabeth Banzhoff (pro hac vice)
EBanzhoff @perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400

Ramsey Al-Salam
RAlsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue Suite 4900
Mailstop 43-52
Seattle, WA 98101-3099
Telephone: 206.359.6385
Facsimile: 206.359.7385

Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Daniel T. Keese, Bar No. 280683
DKeese@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

|    |                                                                                  |
|----|----------------------------------------------------------------------------------|
| 1  |                                                                                  |
| 2  | Morgan Chu (State Bar No. 70446)                                                 |
|    | (mchu@irell.com)                                                                 |
| 3  | Ellisen Turner (State Bar No. 224842)                                            |
|    | (eturner@irell.com)                                                              |
| 4  | IRELL & MANELLA LLP                                                              |
|    | 1800 Avenue of the Stars, Suite 900                                              |
| 5  | Los Angeles, CA 90067-4276                                                       |
|    | Telephone: 310-277-1010                                                          |
| 6  | Facsimile: 310-203-7199                                                          |
| 7  |                                                                                  |
|    | **ATTORNEYS FOR PLAINTIFFS**                                                     |
| 8  | **MACOM TECHNOLOGY SOLUTIONS**                                                   |
|    | **HOLDINGS, INC. AND NITRONEX, LLC**                                             |
| 9  |                                                                                  |
| 10 | By: */s/ Jeffery Baxter* (with permission)                                       |
|    | David G. Wille                                                                   |
| 11 | Texas State Bar No. 00785250                                                     |
|    | E-mail: david.wille@bakerbotts.com                                               |
| 12 | Jeffery D. Baxter                                                                |
| 13 | Texas State Bar No. 24006816                                                     |
|    | E-mail: jeff.baxter@bakerbotts.com                                               |
| 14 | Brian D. Johnston                                                                |
|    | Texas State Bar No. 24080965                                                     |
| 15 | E-mail:                                                                          |
| 16 | brian.johnston@bakerbotts.com                                                    |
|    | James C. Williams                                                                |
| 17 | Texas State Bar No. 24075284                                                     |
|    | E-mail:                                                                          |
| 18 | james.williams@bakerbotts.com                                                    |
|    | Charles Yeh                                                                      |
| 19 | Texas State Bar No. 24075319                                                     |
| 20 | E-mail: charles.yeh@bakerbotts.com                                               |
|    | BAKER BOTTS L.L.P.                                                               |
| 21 | 2001 Ross Avenue                                                                 |
|    | Dallas, Texas 75201                                                              |
| 22 | Telephone: (214) 953-6791                                                        |
|    | Facsimile: (214) 953-6503                                                        |
| 23 |                                                                                  |
| 24 | Jeffrey M. Hammer, Bar                                                           |
|    | No. 264232                                                                       |
| 25 | *jhammer@caldwell-leslie.com*                                                    |
|    | BOIES SCHILLER FLEXNER                                                           |
| 26 | LLP                                                                              |
| 27 | 725 South Figueroa Street 31st                                                   |
|    | Floor                                                                            |
| 28 | Los Angeles, CA  90017-5524                                                      |

1
2
        Telephone: 213-629-9040
        Fax: 213-629-9022

3
4
        **ATTORNEYS FOR INFINEON TECHNOLOGIES AMERICAS CORP. AND INFINEON TECHNOLOGIES AG**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28