JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MACOM TECHNOLOGY SOLUTIONS HOLDINGS, INC., *et al* <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, *et al*, <br><br> Defendants. | Case No. CV16-02859 CAS (PLAx) <br><br> **[PROPOSED]** **ORDER ON JOINT STIPULATION OF DISMISSAL** |

The Court, having considered the parties' Joint Stipulation of Dismissal, hereby orders that all claims and counterclaims in the above-captioned litigation are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO ORDERED.

DATED: October 31, 2018

*Christina A. Snyder*

HON. CHRISTINA SNYDER
UNITED STATES JUDGE